**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-1415**
_____

PHILLIP MIZRACH, as Successor Personal Representative of
the Estate of Abraham I. Kurland, Deceased,

          Plaintiff – Appellant,

    v.

UNITED STATES OF AMERICA,

          Defendant – Appellee.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Andre M. Davis, District Judge. (1:08-
cv-02030-AMD)

_____

Submitted: October 20, 2009       Decided: October 23, 2009

_____

Before TRAXLER, Chief Judge, NIEMEYER, Circuit Judge, and
HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Phillip Mizrach, Appellant Pro Se. Thomas Harold Barnard, Allen
F. Loucks, Assistant United States Attorneys, Baltimore,
Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Phillip Mizrach, as personal representative of the Estate of Abraham I. Kurland, appeals from the district court's orders dismissing without prejudice his medical malpractice complaint filed pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671-2680 (2006), and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Mizrach v. United States, No. 1:08-cv-02030-AMD (D. Md. Feb. 17, 2009 & Mar. 11, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED